UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANNETTE L. GREGERSON,

                Plaintiff,           CIV. S-05-0344 PAN

       v.

JO ANNE B. BARNHART,           ORDER TO SHOW CAUSE
Commissioner of Social
Security,

                Defendant.

—o○o—

      On February 18, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits.  The scheduling order filed February 22, 2005, required plaintiff to serve summons and complaint within 20 days of filing the complaint.  Over five months have passed and there is nothing in the file to indicate that process has been served upon defendant.

////

Within 11 days from the date of this order, plaintiff shall show cause in writing why this action should not be dismissed.

Dated:  July 20, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge