UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANNETTE L. GREGERSON,

        Plaintiff,               CIV. S-05-0344 PAN

     v.

JO ANNE B. BARNHART,               ORDER
Commissioner of Social
Security,

        Defendant.

-o0o-

The order to show cause made July 21, 2005, is discharged and plaintiff's request for an extension of time to January 20, 2005, to respond to defendant's answer is granted.

So ordered.

Dated: December 19, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge