1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  DEBORAH STACHEL
6  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
7  San Francisco, CA 94105
   Telephone:  (916) 977-8943
8  Fax:  (415) 744-0134
   Attorneys for Defendant
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12  ANNETTE L. GREGERSON,

13          Plaintiff,                    CASE NO. 2:05-CV-00344-PAN (JFM)

14    v.                                  STIPULATION AND ORDER
                                          SETTLING ATTORNEY'S FEES
15  JO ANNE B. BARNHART,                  PURSUANT TO THE EQUAL
                                          ACCESS TO JUSTICE ACT (EAJA)
16    Commissioner of Social Security,

17          Defendant.

18

19          It is stipulated by the parties through their undersigned counsel, with the Court's approval, that

20  counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the

21  amount of FOUR THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS ($4,700.00), for

22  compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d),

23  thereby constituting a compromise settlement for all fees under the EAJA in this action, but not

24  constituting any admission of Defendant's liability under the EAJA in this action.

25          Payment of the amount specified above shall constitute a complete release from and bar to any

26

27

28

GREGERSON v. Barnhart
EAJA Stip & Order
2:05-cv-00344-PAN (JFM)                 1

1  and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without

2  prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

3

4      /s/ Ann M. Cerney
            *(As authorized on* OCTOBER 27, 2006)
5      ANN M. CERNEY
       Attorney at Law
6

7      Attorney for Plaintiff

8

9      McGREGOR W. SCOTT
       United States Attorney
10     BOBBIE J. MONTOYA
       Assistant U.S. Attorney
11

12 By:   /s/ Bobbie J. Montoya for
            *(As signed on* OCTOBER 27, 2006)
13     DEBORAH STACHEL
       Special Assistant U.S. Attorney
14

15     Attorneys for Defendant

16

17 OF COUNSEL:
   LUCILLE GONZALES MEIS
18 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,700.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED:  November 16, 2006.

UNITED STATES MAGISTRATE JUDGE

13Gregerson.0344.stipord.eajafees.ss.wpd

GREGERSON v. Barnhart
EAJA Stip & Order
2:05-cv-00344-PAN (JFM)

**3**